Hillsborough, }
  Dec., 1900. }

## SALVAIL v. CATHOLIC ORDER OF FORESTERS.

ASSUMPSIT, upon a contract to pay a death benefit.   Trial by jury and verdict for the plaintiff.   The sole defence was that the deceased was suspended for non-payment of assessments.   Before his death all arrearages were paid to the proper officer, and received without objection.   The defendants excepted to evidence tending to show that the by-law under which the suspension was ordered had been habitually disregarded, and that the deceased had been assured by the defendants' officers that payment of arrears would restore him to membership.

*Bertis A. Pease*, for the plaintiff.

*Emile H. Tardivel, Henri T. Ledoux*, and *Henry N. Hurd*, for the defendants.

PARSONS, J.   The evidence had some tendency to prove that the by-law upon which the defence relied had been waived or abandoned so that it was no part. of the contract sued on.   The evidence was competent.   No other question is reserved.

*Exception overruled.*

PEASLEE, J., did not sit: the others concurred.